ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
TIMOTHY R. BOLIN, CSBN 259511
Special Assistant United States Attorney
    Social Security Administration
    Office of the General Counsel
    160 Spear St Ste 800
    San Francisco, CA  94105
    Telephone: (415) 977-8982
    Facsimile: (415) 744-0134
    Email: timothy.bolin@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CORINA FARIAS,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | No. 2:12-cv-10218-FFM<br><br>[~~PROPOSED~~] JUDGMENT |

1  Having approved the parties' joint stipulation to voluntary remand pursuant
2  to sentence four of 42 U.S.C.§ 405(g) and to entry of judgment, THE COURT
3  ORDERS, ADJUDGES, AND DECREES that this case be remanded to the Social
4  Security Administration for further proceedings consistent with the
5  joint stipulation.
6
7
   Date: May 28, 2013
8                                          /S/ FREDERICK F. MUMM
9                                          HON. FREDERICK F. MUMM
                                           United States Magistrate Judge
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28